74,642-03

mr. Mike Mendoza, Jr. #1223739.

TDCJ-COFFIELD, UNIT.
2661 FM, 2054.
TENNESSEE COLONY, TEXAS 75884.

TO: COURT OF CRIMINAL APPEALS OF TEXAS.

Mr, Abel Acosta: Clerk
P.O.BOX 12308

Capitol Station.
Austin, Texas 78711.

Re:952290-B

RECEIVED IN
COURT OF CRIMINAL APPEALS
10/06/15
OCT 12 2015
Abel Acosta, Clerk

Please excuse this disruption in you'r daily routin, I'm writting to inquire about my habeas corpus. This court back in July 29, 2015 [O]rdered the 262nd district court of harris County, Houston, texas 30 day's to answer the habeas corpus #952290-B.

On sep, 25, 2015 you received my Omnibus motion by certified mail return receit, #7015-0640-0001-3225-2684, and USPS TRACKING #9590-9403-0157-5120-7229-66 BUt! till present day i have yet to receive my white card indicating that you have received my habeas corpus from the Harris county clerk. Mr, acosta I'm just trying to make sure you have received it, and you have presented my Omnibus motion with my habeas corpus to the honorable court.

Inaddittion, I'm still awaiting to know if my Omnibus motion was filed. can i please informed on the above 2-issue's.

Thank you for you'r time on this matter        and any thing else you are able to do concerning this issue.

SINCERLY.
MR. MIKE MENDOZA, JR. #1223739. Pro-se

i